IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>KANSAS STATE UNIVERSITY FOUNDATION,<br><br>and<br><br>FORREST L. "LENNY" GEIST,<br><br>        Defendants. | Case No. 6:23-CV-01139-JAR-GEB |

**JOINT STATUS REPORT**

Plaintiff The Cincinnati Insurance Company and Defendants Kansas State University Foundation and Forrest L. "Lenny" Geist (collectively, the "Parties"), pursuant to the Court's Order dated July 19, 2024 granting Cincinnati's Motion to Stay this case, hereby submit this Joint Status Report.

The Parties hereby give notice to the Court that underlying case captioned *Forrest L. "Lenny" Geist v. Kansas State University, et al.*, Appellate Case No. 23-3266, was affirmed on appeal by the Tenth Circuit Court of Appeals on August 16, 2024. In light of the Tenth Circuit's decision, the Parties report that they anticipate filing a joint stipulation of dismissal, without prejudice, with regard to their respective claims that are currently pending and have not otherwise been previously dismissed by this Court in this declaratory judgment action within the next 30 days. If, however, the Parties determine there is a remaining ripe controversy that requires Court intervention in resolving, the Parties will notify the Court within 30 days that a joint status conference with the Court is appropriate for some time in the middle of November 2024.

DATED: October 11, 2024

| | |
|---|---|
| */s/ Michael Kopit* | */s/ Kimberly K. Winter* |
| Michael Brown (KS #21313) | Kimberly K. Winter (KS #17912) |
| Michael Kopit (KS #25488) | Noah H. Nash  (*pro hac vice*) |
| Litchfield Cavo, LLP | Lathrop GPM LLP |
| 10401 Holmes Road, Ste. 220 | 2345 Grand Blvd, Ste. 2200 |
| Kansas City, MO 64131 | Kansas City, MO 64108 |
| brown@litchfieldcavo.com | kim.winter@lathropgpm.com |
| kopit@litchfieldcavo.com | noah.nash@lathropgpm.com |
| | |
| ATTORNEYS FOR THE CINCINNATI INSURANCE COMPANY | ATTORNEYS FOR KANSAS STATE UNIVERSITY FOUNDATION |

*/s/ Forrest L. Geist*
Forrest L. Geist
Pro Se