### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>KANSAS STATE UNIVERSITY FOUNDATION,<br><br>and<br><br>FORREST L. "LENNY" GEIST,<br><br>        Defendants. | Case No. 6:23-CV-01139-JAR-GEB |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Cincinnati Insurance Company and Defendant Kansas State University Foundation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted in this action, without prejudice, with each party to bear its own fees and costs. Although Pro Se Defendant Forrest L. "Lenny" Geist has asserted no claims in this action, Mr. Geist opposes this joint stipulation.

Date: January 23, 2025

| | |
|---|---|
| /s/ *Chad Whitney* | /s/ *Kimberly Winter* |
| Michael Brown (KS #21313) | Kimberly K. Winter (KS #17912) |
| Michael Kopit (KS #25488) | Noah H. Nash        (*pro hac vice*) |
| Chad Witney (KS #29617) | Lathrop GPM LLP |
| Litchfield Cavo, LLP | 2345 Grand Blvd, Ste. 2200 |
| 10401 Holmes Road, Ste. 220 | Kansas City, MO 64108 |
| Kansas City, MO 64131 | kim.winter@lathropgpm.com |
| brown@litchfieldcavo.com | noah.nash@lathropgpm.com |
| kopit@litchfieldcavo.com | |
| | |
| ATTORNEYS FOR THE CINCINNATI INSURANCE COMPANY | ATTORNEYS FOR KANSAS STATE UNIVERSITY FOUNDATION |